Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendant
JIMMY MARIN-CORONEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DECEDENT LOLOMANIA SOAKAI; LAVINIA SOAKAI, an individual and personal representative of ESTATE; DANIEL FIFITA, an individual; SAMIEUELA FINAU, an individual; INA LAVALU, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WALID ABDELAZIZ, in his individual capacity as a police officer for the CITY OF OAKLAND; JIMMY MARINCORONEL, in his individual capacity as a police officer for the CITY OF OAKLAND; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 3:23-cv-00381-SK<br><br><br><br>**DEFENDANT JIMMY MARIN-CORONEL'S REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION**<br><br><br>Date:        May 1, 2026<br>Time:        10:00 AM<br>Location:    1301 Clay Street<br>                Oakland, CA 94612<br><br>Judge:       Hon. Kandis A. Westmore<br><br><br>**Hon. Sallie Kim** |

REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION
*Saokai v. City of Oakland, et al.*, U.S.D.C. Eastern District of California Case No.: 3:23-cv-00381-SK

Defendant JIMMY MARIN-CORONEL respectfully requests that the Court excuse his personal attendance at the Mandatory Settlement Conference scheduled for May 1, 2026, and permit him to appear by telephone on a standby basis.

This request is made pursuant to the Court's Settlement Conference Standing Order and Notice re Remote Appearance Procedures. Under the Standing Order, personal attendance is mandatory and may be excused only upon a written showing of extraordinary hardship. The Remote Appearance Procedures further provide that, for in-person proceedings, remote participation may be permitted upon a showing of good cause and upon a written request filed on the docket.

Good cause and hardship exist here. Defense counsel and Defendant had multiple telephone calls regarding the Settlement Conference, but Defendant did not understand that the conference required his appearance and, as a result, scheduled a mandatory final examination for his EMT certification program on the same date in Modesto. The examination consists of a practical skills component from 9:00 a.m. to 12:00 p.m. and a written component from 3:00 p.m. to 5:00 p.m. This certification examination is required for completion of the program and cannot be readily rescheduled without significant delay and hardship.

Defendant remains committed to participating meaningfully in the settlement conference. He is available to appear remotely via Zoom during the mid-day period between testing sessions, as a good faith effort, and will remain available on telephone standby throughout the day to promptly participate as needed.

Although this request is being made less than two weeks before the conference, the need for relief arose late yesterday afternoon after defense counsel sent correspondence to Defendant confirming the location of the conference, at which point it became apparent that Defendant did not understand his attendance was required. Defendant apologizes to the Court for the timing of this request and respectfully submits that these circumstances establish good cause for the Court to consider it.

Counsel have met and conferred regarding this request. Plaintiff's counsel does not oppose the requested relief. Counsel for co-defendant Walid Abdelaziz likewise has indicated that he does not object to Defendant Marin-Coronel appearing by telephone on standby.

For these reasons, Defendant respectfully request that the Court excuse his in-person attendance

REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION
*Saokai v. City of Oakland, et al.,* U.S.D.C. Eastern District of California Case No.: 3:23-cv-00381-SK

and permit participation by telephone.

Dated:  April 28, 2026                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   ____ /s/ Richard W. Osman _____
       Richard W. Osman
       Sheila D. Crawford
       Attorneys for Defendant
       JIMMY MARIN-CORONEL

REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION
*Saokai v. City of Oakland, et al.,* U.S.D.C. Eastern District of California Case No.: 3:23-cv-00381-SK