Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    rosman@bfesf.com
          scrawford@bfesf.com

Attorneys for Defendant
JIMMY MARIN-CORONEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DECEDENT LOLOMANIA SOAKAI; LAVINIA SOAKAI, an individual and personal representative of ESTATE; DANIEL FIFITA, an individual; SAMIEUELA FINAU, an individual; INA LAVALU, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WALID ABDELAZIZ, in his individual capacity as a police officer for the CITY OF OAKLAND; JIMMY MARINCORONEL, in his individual capacity as a police officer for the CITY OF OAKLAND; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 3:23-cv-00381-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JIMMY MARIN-CORONEL'S REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION**<br><br>Date:         May 1, 2026<br>Time:         10:00 AM<br>Location:     1301 Clay Street<br>              Oakland, CA 94612<br><br>Judge:        Hon. Kandis A. Westmore<br><br><br>**Hon. Sallie Kim** |

1

Defendant JIMMY MARIN-CORONEL's motion to appear by audio-only at the Settlement Conference on May 1, 2026, at 10:00 AM is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at *http://cand.uscourts.gov/kaworders*.

**IT IS SO ORDERED.**

Date: _____

                _____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PERMIT TELEPHONIC PARTICIPATION
*Saokai v. City of Oakland, et al.,* U.S.D.C. Eastern District of California Case No.: 3:23-cv-00381-SK