United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF DECEDENT LOLOMANIA SOAKAI, et al.,

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 23-cv-00381-SK

**ORDER ON DISPUTED EXHIBITS**

The Court rules as follows on the parties' disputed exhibits for trial:

**Defendants' Exhibits**

| Exhibit # | Description | Court's Ruling |
|---|---|---|
| **100** | OPD Narrative Supplemental Report (OAK2015-2016) Off. C. Leyva | Excluded. Hearsay with no exception. |
| **101** | OPD Narrative Supplemental Report (OAK2035-2036) Off. H. Montano | Excluded. Hearsay with no exception. |
| **102** | OPD Interview Summary re: Linaldi & Ramirez (OAK2064-2065) | Excluded. Hearsay with no exception. |
| **103** | OPD Mug shots of Linaldi and Ramirez. (OAK2069) | Excluded. No relevance. |
| **104** | Felony Criminal Complaint, *People v. Linaldi,* Case # *22-CR-010258* | Ruling to be made later after submission of case law. |
| **105** | Alameda County Consolidated Arrest Report, Linaldi, Arnold (6/26/2022) | Excluded. Hearsay with no exception. |

**Plaintiffs' Exhibits**

| Exhibit # | Description | Court's Ruling |
|---|---|---|
| **9** | Video Exhibit #2 – Slowed Down Crash | Excluded. Plaintiffs may submit a new version without the 911 calls and without the body worn camera of individual Defendants. Plaintiffs must |

United States District Court
Northern District of California

| | | |
|---|---|---|
| | | meet and confer with Defendants on new video and may submit any dispute to the Court before trial. |
| **10** | Video Exhibit #3 – Detailed Video | Admissible. |
| **13** | Medical Examiner's Autopsy Report | Photographs of decedent excluded as more prejudicial than probative. |
| **47** | Marin IAD Interview (3164-3459) | Admissible as party admission. |
| **48** | Abdelaziz IAD Interview (OAK 3460-3763) | Admissible as party admission. |
| **55** | Sgt. Fowler IAD Report (OAK 1760-1866) | Excluded. Hearsay with no exception. |

**IT IS SO ORDERED**.

Dated: July 17, 2026

SALLIE KIM
United States Magistrate Judge