**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TREVA R. STEWART, ESQ., SBN 239829**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TStewart@LawyersFTP.com

Attorneys for Plaintiffs

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF DECEDENT LOLOMANIA SOAKAI, et al.;<br><br>Plaintiff(s)<br><br>v.<br><br>WALID ABDELAZIZ, et al.<br><br>Defendant(s). | Case No.: 3:23-cv-00381-SK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER** |

Plaintiffs ESTATE OF DECEDENT LOLOMANIA SOAKAI, LAVINIA SOAKAI, DANIEL FIFITA, SAMIEUELA FINAU, INA LAVALU, and Defendants CITY OF OAKLAND, WALID ABDELAZIZ, and JIMMY MARIN-CORONEL, by and through their respective undersigned attorneys of record, hereby stipulate as follows:

WHEREAS the parties have reached a full and final settlement agreement of this action, the terms of which are set forth in a written Release and Settlement Agreement that resolves all claims among the parties without trial;

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

WHEREAS, each party shall bear its own attorneys' fees and costs; and

WHEREAS, there are no further issues for the Court to resolve;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), this action, including each of Plaintiffs' causes of action set out in Plaintiffs' Complaint in the above-captioned action against all named Defendants, shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 15, 2026

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

*/s/ Patrick M. Buelna*
PATRICK M. BUELNA
ADANTE D. POINTER
TREVA STEWART
Attorneys for Plaintiffs

Dated: October 15, 2026

/s/ *Kevin Mclaughlin*
KEVIN McLAUGHLIN,
Attorney for Defendant City of Oakland

Dated: October 15, 2026

/s/ *David Newdorf*
DAVID NEWDORF,
Attorney for Defendant Walid Abdelaziz

Dated: October 15, 2026

/s/ *Richard Osman*
RICHARD OSMAN,
Attorney for Defendant Jimmy Marin-Coronel

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**ORDER**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Sallie Kim

Honorable Sallie Kim
United States Magistrate Judge